1  JAMES J. MATSON, ESQ. (SBN #120870)
   LAW OFFICE OF JAMES J. MATSON
2  1999 Harrison Street, Suite 1800
   Oakland, CA 94612
3  Telephone: (510) 496-4630
   Facsimile: (510) 496-4601                    JS-6
4  Email: jmatson@outlook.com

5  Attorney for: Plaintiff,
   VAN E. POMEROY
6

7                    UNITED STATES DISTRICT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION (Santa Ana)

10
   VAN E. POMEROY,                  )  No. 8:16-cv-00854-JVS-KES
11                                  )
        Plaintiff,                  )  **ORDER OF DISMISSAL**
12                                  )
                                    )
        vs.                         )  **[FRCP RULE 41(a)(1)(A)]**
13                                  )
   EMPLOYERS MUTUAL CASUALTY        )
14 COMPANY, an Iowa corporation, and)
   DOES 1 through 20, inclusive,    )
15                                  )
        Defendants.                 )
16                                  )
                                    )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

                              -1-

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A); and
2. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: February 16, 2017

_____
Hon. James V. Selna
United States District Judge
Central District of California